JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| PHILLIPS MUSHROOM FARMS, L.P., A Pennsylvania Limited Partnership, <br>     Plaintiff, <br><br> v. <br><br> V.I.P. MARKETING, INC., a California Corporation; CHRISTOPHER MARTIN; JESSE MARTIN; and MARTIN PRODUCE, INC., a California Corporation, <br>     Defendants. | CASE NO. CV-21-7949-JFW (Ex) |

## JUDGMENT AGAINST DEFENDANTS V.I.P. MARKETING, INC., CHRISTOPHER MARTIN, JESSE MARTIN AND MARTIN PRODUCE, INC.

1

This matter came before the Court by Stipulation for approval and entry of Judgment against Defendants V.I.P. Marketing, Inc., Christopher Martin, Jesse Martin and Martin Produce, Inc. (collectively, "Defendants"), jointly and severally. The Court hereby approves the Stipulation and enters Judgment accordingly. Therefore, it is,

**HEREBY ORDERED AND ADJUDICATED:**

1. Plaintiff commenced this civil action on October 5, 2021. The Defendants failed to appear or answer as required by law. On January 21, 2022, the Court issued the Clerk's Entry of Default as to all Defendants. Upon default, the well-pleaded allegations of the complaint relating to liability are taken as true and conclusive. See, TeleVideo Systems, Inc. v. Heidenthal, 826 F.2d 915, 917 (9th Cir. 1987).

2. Plaintiff sold, on credit, wholesale quantities of perishable agricultural commodities to the Defendants through interstate commerce, for which Plaintiff has not been paid.

3. Plaintiff is a perfected trust beneficiary under Section 5(c) of the Perishable Agricultural Commodities Act ("PACA"), 7 U.S.C. §499e(c), against the Defendants.

4.  Plaintiff maintains express contractual rights to accrued interest at 1½% per month from the due date of each unpaid invoice plus attorney fees and costs which are payable part and parcel with the underlying principal PACA trust claim. See, Middle Mountain Land & Produce, Inc. v. Sound Commodities Inc., 307 F.3d 1220 (9th Cir. 2002).

5.  Individual Defendants Christopher Martin and Jesse Martin were each an owner and officer of Defendant V.I.P. Marketing, Inc. and in a position to control PACA trust assets. These individuals breached their fiduciary duty as trustees of the PACA trust to preserve those assets and are therefore personally liable under PACA. See, Sunkist Growers, Inc. v. Fisher, 104 F.3d 280 (9th Cir. 1997).

6.  Judgment is hereby entered in favor of Plaintiff on all counts in the Complaint against Defendants, jointly and severally, in the amount of $249,955.76 consisting of principal, accrued interest and attorney fees.

7.  Post-Judgment interest shall accrue at the federal interest rate pursuant to 28 U.S.C. § 1961 from the date of this Judgment until paid in full.

8.  Plaintiff agrees to withhold all formal execution on this Judgment until January 1, 2023.

9.   For payments on this Judgment, contact counsel for Plaintiffs, Mark A. Amendola, Esq., Martyn and Associates Co., 820 W. Superior Ave., 10th Floor, Cleveland, OH 44113, phone 216-861-4700, fax 216-861-4703, email mamendola@martynlawfirm.com.

**IT IS SO ORDERED.**

Date: March 31, 2022

_____
JOHN F. WALTER
U.S. DISTRICT JUDGE